ARCHER & GREINER, P.C.
Harrison H.D. Breakstone
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: hbreakstone@archerlaw.com

*Attorneys for m2 Equipment Finance*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| RORY P. HOGAN, | ) | Case No. 25-74712 (AST) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## **CERTIFICATE OF SERVICE**

Harrison H.D. Breakstone, being duly admitted to practice in New York State and before the Eastern District of New York, hereby certifies that, he caused to be served a true and correct of *Limited Objection of m2 Equipment Finance to Motion for an Order Authorizing Debtor to Sell an Interest in Property* [Docket No. 40], via ECF, first class mail and email where indicated, on the parties identified on the service list attached as Exhibit A on February 26, 2026 and February 27, 2026.

Dated: New York, New York
February 27, 2026

s/ Harrison H.D. Breakstone
Harrison H.D. Breakstone

231766427 v2

## Exhibit A
## Service List

| | |
|---|---|
| Robert Jude Barry<br>Suffolk County District Attorney's Office<br>725 Veterans Memorial Highway<br>Hauppauge, NY 11788 | Scott J Kreppein<br>Devitt Spellman Barrett, LLP<br>50 Route 111, Suite 314<br>Ste 314<br>Smithtown, NY 11787 |
| Cooper J Macco<br>2950 Express Drive South<br>Suite 109<br>Islandia, NY 11749 | Joseph Edward Macy<br>Nicholas Tuffarelli<br>Berkman, Henoch, Peterson & Peddy, P.C.<br>400 Garden City Plaza<br>Suite 320<br>Garden City, NY 11530 |
| Adam E Mikolay<br>Adam E. Mikolay, P.C.<br>400 Garden City Plaza<br>Suite 405<br>Garden City, NY 11530 | Luis Alberto Velez<br>The Frank Law Firm P.C.<br>71 New Street<br>Huntington, NY 11743 |
| Christine H Black<br>US Department of Justice<br>Office of the U.S. Trustee<br>560 Federal Plaza<br>Central Islip, NY 11722 | United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza - Room 560<br>Central Islip, NY 11722-4437 |
| Financial Crimes Bureau<br>Office of the District Attorney<br>Suffolk County<br>H. Lee Dennison Building<br>100 Veterans Memorial Highway, 4th Floor<br>Hauppauge, NY 11788 | Bridgehampton Equities<br>70 Main Street<br>Southampton, NY 11968 |
| Daniel Dornfeld, Esq.<br>ddornfeld@forchellilaw.com | |

231766427 v2